*In the Matter of the Marriage of* LUCINDA B. CARPENTER, *Respondent*, and BRADLEY A. CARPENTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-3-02263-9, Stephanie A. Arend, J., entered November 15, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Leach, J.

IRENE NGUGI, *Appellant*, v. WASHINGTON STATE INSTITUTE FOR PUBLIC POLICY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00145-3, Erik D. Price, J., entered August 2, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Leach, J.

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN IVIE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00064-6, Amber L. Finlay, J., entered November 13, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS CASTANEDA ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01456-1, Frank E. Cuthbertson, J., entered February 8, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Melnick and Sutton, JJ.